

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00137-CV

**IN RE TRAVELERS INDEMNITY COMPANY OF AMERICA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:  Luz Elena D. Chapa, Justice
     Irene Rios, Justice
     Lori I. Valenzuela, Justice

Delivered and Filed: April 28, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relator has filed a petition for writ of mandamus and motion for temporary relief. We may issue writs of mandamus when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and documents included in the appendix, we conclude relator has not satisfied this burden. Accordingly, we deny the petition and motion for temporary relief. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019CI23861, styled *Alpizar v. Travelers Indemnity Insurance Company of America*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.